# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Guyzar LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>StubHub, Inc.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01257-CFC<br><br>Patent Case<br><br>Jury Trial Demanded |
| Guyzar LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TracFone Wireless, Inc.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01258-CFC<br><br>Patent Case<br><br>Jury Trial Demanded |
| Guyzar LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Gold's Gym International, Inc.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-1821-CFC<br><br>Patent Case<br><br>Jury Trial Demanded |

**[Proposed] Final Order to Dismiss Action with Prejudice**

Having considered the Parties' Joint Letter regarding dismissal of this action, IT IS HEREBY ORDERED this ____ day of _____, 2019, that Plaintiff's asserted claims are dismissed with prejudice and the cases are closed, with each party bearing its own attorneys' fees and costs.

_____
United States District Judge